FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -7 AM 10: 28

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**September 5, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRENA ESTER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-362** |
| **ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY, ET AL.** | **SECTION "K"(2)** |

Attending a telephonic status conference held this day were:

Julie Marie Richard-Spencer for plaintiffs and
Richard B. Ehret for defendants.

The Court inquired into the status of the case and was informed that there are no discovery problems. Plaintiffs' counsel represented to the Court that a Motion for Summary Judgment shall be filed as soon as possible. Defendants' counsel also represented that he may move to sever the two plaintiffs and that there may be an immunity defense he will raise. The Court instructed counsel that all motions should be filed as soon as possible so that the trial date remains unaffected. Plaintiffs' counsel will contact the magistrate judge to set a settlement conference as ordered. Counsel

DATE OF ENTRY
SEP 0 7 2000

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
Doc.No. _____

indicated they would be prepared for trial on March 26, 2001 which trial date the Court, through its law clerk, instructed that it intends to enforce.