

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2001 JAN 11 PM 4:18

     LORETTA G. WHYTE
          CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-362 |
| ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY ET AL. | SECTION "K" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **January 30, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **January 29, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this _11th_ day of January, 2001.

```
DATE OF ENTRY
 JAN 12 2001
```

JOSEPH C. WILKINSON, JR.
cc: HON. STANWOOD R. DUVAL, JR.   UNITED STATES MAGISTRATE JUDGE

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
   Doc.No. 60
```