```
            FILED
       U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

       2001 JAN 16  PM 4: 23
         JAN 16 2001
        LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NUMBER: 00-0362 |
| | ) | |
| ST. JOHN THE BAPTIST PARISH | ) | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | ) | |
| PEDRO FRANCISCO, EULA YOUNG, | ) | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | ) | |
| | ) | |

**MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Patrena Ester and Clara Lewis who respectfully move this Court to extend the discovery deadline from its current date of January 23, 2001, for approximately one month until Friday, February 23, 2001.

The parties in this matter have diligently engaged in discovery. A large number of the depositions have been accomplished. More are scheduled for the period of time between now and January 23, 2001. However, because several of the depositions have taken longer than anticipated, there are still some depositions which have not yet been scheduled or completed and which need to be taken in order for the parties to complete discovery in this matter. Both parties agree that an extension of time of approximately one month should be sufficient in order to accomplish the

```
DATE OF ENTRY
  JAN 1 9 2001
```

```
___ Fee_____
___ Process__
 X  Dktd
___ CtRmDep
    Doc.No. 62
```

discovery necessary in the matter. The parties do not anticipate that this extension of time would affect their ability to proceed in the trial of this matter on its currently scheduled trial date.

For these reasons, plaintiffs respectfully request that the Court extend the discovery deadline in this matter. Counsel for the defendant has been contacted and has no objections to this necessary extension.

          Respectfully submitted,

          ROBEIN, URANN & LURYE, P.L.C.

          _____
          Julie Richard-Spencer (Bar No. 20340)
          P. O. Box 6768
          2540 Severn Avenue, Suite 400 (70002)
          Metairie, Louisiana 70009-6768
          Telephone: (504) 885-9994
          Facsimile: (504) 885-9969

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

by depositing same in the United States mail, postage prepaid, this 16th day of January 2001.

          _____
          Julie Richard-Spencer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NUMBER: 00-0362 |
| | ) | |
| ST. JOHN THE BAPTIST PARISH | ) | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | ) | |
| PEDRO FRANCISCO, EULA YOUNG, | ) | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | ) | |
| | ) | |

### O R D E R

Considering the foregoing;

IT IS ORDERED that the discovery deadline currently scheduled for January 23, 2001 be and is hereby extended until Friday, February 23, 2001.

New Orleans, Louisiana, this ___16th___ day of January, 2001.

_____
JUDGE

F:\APPS\WP51\SHERON\Ester-Lewis\P-2001\mfe0116.wpd

**THIS ORDER GRANTED ON CONDITION THAT THE TRIAL DATE IS UNAFFECTED.**