

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 29 AM 11: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRENA ESTER ET AL.                             CIVIL ACTION

VERSUS                                           NO. 00-362

ST. JOHN THE BAPTIST PARISH                      SECTION "K" (2)
HOUSING AUTHORITY ET AL.

As requested by all counsel, the **Settlement Conference** which was previously set in this matter on January 30, 2001 before me is CANCELLED.

New Orleans, Louisiana, this 29th day of January, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.

DATE OF ENTRY
JAN 2 9 2001

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc.No._____ 63