

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 31 AM 11: 34
JAN 3 1 2001
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 26, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

PATRENA ESTER, ET AL.                          CIVIL ACTION

VERSUS                                         NUMBER: 00-362

ST. JOHN THE BAPTIST PARISH                    SECTION: "K"(5)
HOUSING AUTHORITY, ET AL.


A settlement conference in the above matter is hereby
**SCHEDULED** for February 16, 2001 at 11:00 a.m. before Magistrate
Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room
B347, New Orleans, Louisiana.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY
JAN 3 1 2001

Fee_____
Process____
X  Dktd____
___CtRmDep____
___Doc.No.____