FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -8 PM 2:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

### MOTION TO SUBSTITUTE EXHIBIT

**NOW INTO COURT**, through undersigned counsel, come defendants, St. John the Baptist Parish Housing Authority, Sheila Morris, Pedro Francisco, Eula Young, Stella Borne and Alexander White, who now moves this Court to allow a substitution of an exhibit in a Motion for Partial Summary Judgment filed on February 6, 200. Specifically, Exhibit "15" of the Memorandum attached to the Motion is page 12 of the Patrena Ester deposition when in fact the Memorandum quotes page 112. Attached is the correct page 112 that is quoted in the text of the Memorandum. Therefore, defendants request that this Court allow it to substitute the attached page 112 for the original Exhibit "15".

DATE OF ENTRY

FEB 1 2 2001

Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No.____

**WHEREFORE**, defendants, St. John the Baptist Parish Housing Authority, Sheila Morris, Pedro Francisco, Eula Young, Stella Borne and Alexander White move this Court to allow the substitution of the attached Exhibit "15" to the Exhibit "15" that accompanies the Memorandum in Support of the Motion for Partial Summary Judgment and Motion to Dismiss Without Prejudice.

Respectfully submitted this ___ day of February, 2001.

RICHARD B. EHRET (16901)
RODNEY, BORDENAVE, BOYKIN, & EHRET
A Professional Law Corporation
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 527-5450

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by mailing the same to each party, properly addressed and postage prepaid this ___ day of February, 2001.

RICHARD B. EHRET

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

## ORDER

Considering the Motion to Allow Substitution of an Exhibit;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Exhibit "15" of the Memorandum in Support of Motion for Partial Summary Judgment and Motion to Dismiss Without Prejudice is substituted by the attached Exhibit "15" that accompanies this Motion to Substitute Exhibit.

New Orleans, Louisiana this ___ day of February, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

specific that I can recall.

Q. Do you know who actually made the motion to have you terminated?

A. I believe it was Eula.

Q. And do you have any evidence that she based her motion on anything, other than what she heard at that meeting?

A. Ask me that again.

Q. Sure. Ms. Young made the motion to terminate you. And my question is: Do you have any evidence that she based her motion on anything, other than what she heard at that September 13th meeting, that being her first meeting ever as a Housing Commissioner?

A. No.

Q. I have here some documents, and I have copies. I made two extra sets. And what I'd like to do, I think to speed this process up is '97 and '98, we can work from -- there's not as many in '97 and '98, so I'll just go through them in the order that they are. But for '99, I'm going to want to work from the back, because it's arrange chronologically, but they talk -- they copied the most recent part first, so that's on top. If you could look at that first document in '97, and let me just say, these are documents that I received from your counsel. Can you identify that letter, please?