FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20  PM 4: 34

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**February 20, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRENA ESTER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-362** |
| **ST. JOHN THE BAPTIST HOUSING AUTHORITY, ET AL** | **SECTION "K"(5)** |

The Court has been advised that settlement of this matter is imminent, pending approval of the defendant's board of directors, which meets on February 21, 2001. Accordingly,

**IT IS ORDERED** that the pre-trial conference is **RESET** to March 5, 2001 at 3 p.m. The pre-trial order shall be due on or before March 1, 2001 at 4 p.m.

**IT IS FURTHER ORDERED** that plaintiffs opposition to the pending motion for summary judgment filed by defendants shall be due on or before March 1, 2001 at 4 p.m.

DATE OF ENTRY
FEB 21 2001