FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 14  AM 11: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0362 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | * | |
| PEDRO FRANCISCO, EULA YOUNG, | * | MAG.  2 |
| STELLA BORNE, and ALEXANDER WHITE | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * **

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Patrena Ester and

Clara Lewis, who respectfully move that this court allow Edward K. Newman of the law firm of

Robein, Urann & Lurye to enroll as additional counsel of record on behalf of plaintiffs in the above

referenced matter.

DATE OF ENTRY
FEB 2 3 2001

rpe
Process
X Dktd
CtRmDep
Doc.No.

Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.

Julie Richard-Spencer (LA Bar No. 20340)
Edward K. Newman (LA Bar No. 22128)
P. O. Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
(504) 885-9994

Counsel for Plaintiffs,
Patrena Ester and Clara Lewis

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

by depositing same in the United States Mail, postage prepaid, this 14th day of February, 2001

Julie Richard-Spencer

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NUMBER: 00-0362 |
| | ) | |
| ST. JOHN THE BAPTIST PARISH | ) | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | ) | |
| PEDRO FRANCISCO, EULA YOUNG, | ) | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Enroll as Additional Counsel of Record;

IT IS HEREBY ORDERED AND ADJUDGED, that Edward K. Newman (Louisiana Bar

Number 22128) of the law firm of Robein, Urann & Lurye be enrolled as additional counsel of record

on behalf of Plaintiffs, Patrena Ester and Clara Lewis in the above referenced matter.

New Orleans, Louisiana this _23RD_ day of February 2001.

_____

JUDGE, UNITED STATES DISTRICT COURT

- 3 -

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

by depositing same in the United States Mail, postage prepaid, this _14th_ day of February, 2001.

Julie Richard-Spencer

F:\APPS\WP51\SHERON\Ester-Lewis\P-2001\mecr-newman

- 4 -