

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0362 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | * | |
| PEDRO FRANCISCO, EULA YOUNG, | * | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Patrena Ester and Clara Lewis, who respectfully move this court for additional time to file their opposition to defendants' motion for summary judgment for the following reasons to wit:

1.

Hearing on defendants' motion for summary judgment is set for Wednesday, February 28, 2001. Accordingly, the opposition from plaintiffs is due on Monday, February 19. Undersigned counsel has been absent from her office for the better part of the week of February 12, 2001, due to preexisting commitments. Accordingly, an additional three days for filing a reply brief, or until Thursday, February 22, 2001 is requested.



2.

Opposing counsel has been contacted and has no opposition to this motion.

WHEREFORE, plaintiffs pray that they be granted an additional three days to file their opposition to defendants' motion for summary judgment.

Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.

_____
Julie Richard-Spencer (LA Bar No. 20340)
P. O. Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
(504) 885-9994

Counsel for Plaintiffs,
Patrena Ester and Clara Lewis

### CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

by depositing same in the United States Mail, postage prepaid, this 14th day of February, 2001.

_____
Julie Richard-Spencer

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NUMBER: 00-0362 |
| | ) | |
| ST. JOHN THE BAPTIST PARISH | ) | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | ) | |
| PEDRO FRANCISCO, EULA YOUNG, | ) | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' Unopposed Motion for Leave to File Opposition to Motion for Summary Judgment considered,

IT IS HEREBY ORDERED, that the plaintiffs may file their opposition on or by February 22, 2001.

New Orleans, Louisiana this _____ day of February 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

*File Unsigned. See Minute Entry of 2/21/01*

- 3 -

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

by depositing same in the United States Mail, postage prepaid, this 14th day of February, 2001.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Julie Richard-Spencer

F:\APPS\WP51\SHERON\Ester-Lewis\P-2001\umext-time-f-msj.wpd