

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -6 AM 8:34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRENA ESTER and CLARA LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0362** |
| **ST. JOHN THE BAPTIST HOUSING AUTHORITY, SHEILA MORRIS, PEDRO FRANCISCO, EULA YOUNG, STELLA BORNE, AND ALEXANDER WHITE** | **SECTION "K"(5)** |

### ORDER OF DISMISSAL

The Court, after convening a status conference with all counsel of record, and having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 (sixty) days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 5th day of March, 2001.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
MAR 0 6 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____