


```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2001 MAR 28  PM 3:30
                                        MAR 2 8 2001
                                        LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 28, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-362 |
| ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY, ET AL. | SECTION: "K"(5) |

A status conference to complete the settlement documents in the above matter is hereby **SCHEDULED** for April 4, 2001 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana. Mr. Walter Willard is instructed to bring his clients to this conference.

                                       _____
                                              ALMA L. CHASEZ
                                       UNITED STATES MAGISTRATE JUDGE

CLERK, PLEASE SERVE A COPY
OF THIS MINUTE ENTRY ON:

WALTER WILLARD VIA FACSIMILE 504-945-5968
CURTIS DAVIS VIA FACSIMILE 589-7202

DATE OF ENTRY
MAR 2 9 2001

Fee____
Process__
X Dktd__
__ CtRmDep__
Doc.No. 73