

```
         FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2001 APR -6  PM 2: 50
      APR 0 6 2001
    LORETTA G. WHYTE
         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
APRIL 4, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRENA ESTER, ET AL.                                  CIVIL ACTION

VERSUS                                                 NUMBER: 00-362

ST. JOHN THE BAPTIST PARISH                            SECTION: "K"(5)
HOUSING AUTHORITY, ET AL.


A status conference was scheduled in the above matter this date to discuss the status of settlement documents herein.

   PRESENT:  Curt Davis, Chet Drozdowski, Julie Richard-Spencer, Walter Willard, Richard Ehret, Earl White, Pedro Francisco and Reverend Brown

Settlement documents were circulated. It is the understanding of the Court that there is no problem with the language of the settlement documents. Nor is there a problem with the consulting contract with Clara Lewis except insofar as it incorporated portions of the consulting contract with Ms. Ester which were initially at issue. The consulting contract with Ms. Ester has now



```
DATE OF ENTRY
 APR 0 9 2001
```

been revised.

As the Court understands it, the consulting contracts with both Ms. Ester and Ms. Lewis, as well as the settlement documents, will now be placed before the Board at its meeting on April 11th for a vote and that all documents will now be reported to the Board favorably by counsel with the recommendation that they be approved and signed.

If any problems should arise in connection with this process, the Court expects that counsel will file a motion to enforce the settlement within the time frame of the 60 day order of dismissal.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

CLERK, PLEASE SERVE A COPY
OF THIS MINUTE ENTRY ON:

WALTER WILLARD VIA FACSIMILE 504-942-5968
CURTIS DAVIS VIA FACSIMILE 589-7202