```
                                          FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2001 APR 19 AM 11: 17

                                      LORETTA G. WHYTE
                                            CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
APRIL 12, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER, <u>ET</u> <u>AL</u>. | CIVIL ACTION |
| VERSUS | NUMBER: 00-362 |
| ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY, <u>ET</u> <u>AL</u>. | SECTION: "K"(5) |

    The Court spoke this date with Mr. Walter Willard to determine if his client had met in formal session for purposes of approving and executing the settlement documents in this case. The Court was advised that the meeting which was to have been held on April 11th did not go forward due to the Easter holidays.

    The Board is scheduled now to meet on or before April 18th. The Court shall be notified by Mr. Willard on the day following the





meeting as to its outcome.

*ALC*

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

CLERK, PLEASE SERVE A COPY
OF THE MINUTE ENTRY ON ALL
PARTIES, AND ALSO:

WALTER WILLARD - FAX NO. 942-5968
CURTIS DAVIS - FAX NO. 589-7202

2