```
                    FILED
                U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2001 APR 24  PM 3:56

                LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

## MOTION TO DISMISS

**ON MOTION** of plaintiffs, Patrena Ester and Clara Lewis, appearing herein through undersigned counsel of record, and on suggesting to the Court that their claims against St. John the Baptist Parish Housing Authority, Sheila Morris, Pedro Francisco, Eula Young, Stella Borne and Alexander White, have been compromised and settled and that they should be dismissed with prejudice, each party to bear their own costs.

```
DATE OF ENTRY
  MAY - 2 2001
```



Respectfully submitted this 23rd day of April, 2001.

                         Julie Richard-Spencer (Bar No. 20340)
                         ROBEIN, URANN & LURYE, P.L.C.
                         P. O. Box 6768
                         2540 Severn Avenue, Suite 400 (70002)
                         Metairie, Louisiana 70009-6768
                         Telephone: (504) 885-9994
                         Facsimile: (504) 885-9969

### CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

by depositing same in the United States mail, postage prepaid, this 23rd day of April, 2001.

                         Julie Richard-Spencer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION NO. 00-362 |
| | ) | |
| VERSUS | ) | SECTION "K" |
| | ) | |
| ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY, SHEILA MORRIS, PEDRO FRANCISCO, EULA YOUNG, STELLA BORNE AND ALEXANDER WHITE | ) ) ) ) ) | MAGISTRATE "2" |

### ORDER

Considering the foregoing motion;

**IT IS ORDERED BY THE COURT** that plaintiffs' cause against St. John the Baptist Parish Housing Authority, Sheila Morris, Pedro Francisco, Eula Young, Stella Borne and Alexander White, be and the same is hereby dismissed, with prejudice, each party to bear their own costs

New Orleans, Louisiana this _____ day of April, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

F:\APPS\WP51\SHERON\Ester-Lewis\P-2001\mot-dismiss.wpd