FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2001 MAY 21  P 4: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION NO. 00-362 |
| | ) | |
| VERSUS | ) | SECTION "K" |
| | ) | |
| ST. JOHN THE BAPTIST PARISH | ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA | ) | |
| MORRIS, PEDRO FRANCISCO, EULA | ) | |
| YOUNG, STELLA BORNE AND | ) | |
| ALEXANDER WHITE | ) | |

### MOTION TO ENFORCE SETTLEMENT AGREEMENT AND INCORPORATED MEMORANDUM

**ON MOTION** of plaintiffs, Patrena Ester and Clara Lewis, appearing herein through undersigned counsel of record, and on suggesting to the Court that defendants have breached their obligations under the contracts entered into in settlement of this matter, plaintiffs move for enforcement of these contracts, specifically that the St. John the Baptist Parish Housing Authority be required to pay plaintiffs their fees for the months of April and May 2001, with interest, and further that attorneys' fees and costs be awarded, for the following reasons, to wit:

F:\APPS\WP51\ED\Ester\enforce.mot.wpd                     1

1. In early April, 2001, after several weeks of negotiations, plaintiffs and defendants agreed to final versions of consulting contracts between plaintiff Clara Lewis, and plaintiff Patrena Ester's company, Integrity Resources, LLC and defendant, the St. John the Baptist Housing Authority. (Exhibits 1 and 2). The contracts run from April 1, 2001 through March 31, 2004. (Exhibits 1 and 2, at Paragraph 1). $1,500.00 is due to Lewis and $2,500.00 is due to Integrity on the first of each month. (Id.) On April 20, 2001, after the plaintiffs threatened to file a Motion to Enforce Settlement, Walter Willard, counsel for the Housing Authority, confirmed in writing that the contracts had been approved by the Housing Authority. (Exhibit 3). Plaintiffs began their work under the contract in April and May, 2001.

2. The Housing Authority failed to make any payments whatsoever under the contract. The plaintiffs sent a formal notification of the Housing Authority's breach of contract on May 11, 2001, and demand for payment, as required by the contracts. (Exhibit 4; Exhibit 1 at paragraph 10; Exhibit 2 at paragraph 9)

3. Counsel for the plaintiffs was contacted by Walter Willard on May 11, 2001. The Housing Authority agreed that upon showing that work had been performed in April and May, 2001, payments for April and May would be made immediately. Counsel for the plaintiffs memorialized the conversation in a May 14, 2001 letter. (Exhibit 5).

4. In reply to this letter, Mr. Willard wrote that "fees earned before the contract was confected" or before the contract was approved would not be paid, because they were "preliminary/start up expenses". (Exhibit 6). However, compensation would be paid for all "properly documented services." (Id.)

5. On May 18, 2001 counsel for the plaintiffs replied to the Housing Authority. (Exhibit 7). Plaintiffs pointed out that the term of the contracts runs from April 1, 2001 to March 31, 2004; that payment is to be made on the first of each month; that the contract was approved by all parties on April 20, 2001; that the plaintiffs had performed work under the contract from April, 2001 forward; and that payments for April and May 2001 were due as of May 1, 2001. (Exhibit 7). Plaintiffs also sent a break out of their time for April and May 2001. Plaintiffs further noted that the Housing Authority was still in default, and that they would move forward on their motion to enforce the settlement. (Id.) To date, no payments or further reply have been received.

6. The contracts provide that Magistrate Chasez will maintain jurisdiction to enforce the terms of the contracts. (Exhibit 1 at paragraph 9; Exhibit 2 at paragraph 8). The contracts further provide that reasonable attorneys' fees and costs will be awarded a successful motion. (Exhibit 1 at paragraph 11; Exhibit 2 at paragraph 12).

7. Counsel for plaintiffs have expended $1,400.00 in attorneys' fees from May 11, 2001 to date on this issue. (Exhibit 8). Plaintiffs further seek interest on the overdue payments. $28.90 is owed for the delinquent April payments, running from the date the contract was approved to today. 4/20/2001 - 05/21/2001 $ 28.90(32 days @ $0.90/daily @ 8.241%/year). $18.97 is owed for the delinquent May payments, running from May 1, 2001 to today. (5/01/2001 - 05/21/2001, 21 days @ $0.90/daily @ 8.241%/year). In total, plaintiffs seek:

$8,047.87 (delinquent April and May payments to IRS/Lewis with interest)
$1,400.00 (Attorneys' fees)
$9,447.87

WHEREFORE, plaintiffs pray that their Motion to Enforce Settlement be granted.

                                        Respectfully submitted,

                                        ROBEIN, URANN & LURYE

                                        EDWARD K. NEWMAN (Bar No. 22128)
                                        Post Office Box 6768
                                        2540 Severn Avenue, Suite 400 (70002)
                                        Metairie, Louisiana 70009-6768
                                        Telephone: (504) 885-9994
                                        Facsimile: (504) 885-9969

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

Walter Willard
10566 Lake Forest Boulevard, Ste. 3E
New Orleans, La. 70127

by depositing same in the United States mail, postage prepaid, this 21 day of May, 2001.

                                        EDWARD K. NEWMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION NO. 00-362 |
| | ) | |
| VERSUS | ) | SECTION "K" |
| | ) | |
| ST. JOHN THE BAPTIST PARISH | ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA | ) | |
| MORRIS, PEDRO FRANCISCO, EULA | ) | |
| YOUNG, STELLA BORNE AND | ) | |
| ALEXANDER WHITE | ) | |

## ORDER

Considering the foregoing motion;

**IT IS ORDERED BY THE COURT** that plaintiffs' Motion to Enforcement Settlement is Granted. The Saint John the Baptist Parish Housing Authority is ordered to immediately pay plaintiffs the sum of $9,447.87.

New Orleans, Louisiana this ____ day of May, 2001.

_____
UNITED STATES MAGISTRATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0362 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | * | |
| PEDRO FRANCISCO, EULA YOUNG, | * | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * **

## NOTICE OF HEARING

To: Richard Ehret, Esq.
  400 Poydras Street, Suite 2450
  New Orleans, La. 70130

  Walter Willard, Esq.
  Deer Park, Suite 3E
  New Orleans, La. 70127

Please take note that on the ___13___ day of ___June___, 2001, at _11 a_.m. undersigned counsel will bring the attached Motion to Enforce Settlement For Hearing before the

F:\APPS\WP51\ED\Ester\enforce.notice.wpd            - 1 -

Honorable Alma Chasez, United States Magistrate at 501 Magazine Street, New Orleans, Louisiana.

Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.

_____
EDWARD K. NEWMAN (LA Bar No. 22128)
Post Office Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994

**COUNSEL FOR PLAINTIFFS,
PATRENA ESTER and CLARA LEWIS**

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

Walter Willard, Esq.
Deer Park, Suite 3E
New Orleans, La. 70127

by depositing same in the United States Mail, postage prepaid, this 21st day of May, 2001.

_____
EDWARD K. NEWMAN

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**