


MINUTE ENTRY
CHASEZ, M.J.
MAY 22, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRENA ESTER, ET AL.                    CIVIL ACTION

VERSUS                                    NUMBER: 00-362

ST. JOHN THE BAPTIST PARISH               SECTION: "K"(2)

Oral argument on Plaintiffs' Motion to Enforce Settlement will be conducted on June 13, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                                       ALMA L. CHASEZ
                                       UNITED STATES MAGISTRATE JUDGE

CLERK PLEASE SERVE:

WALTER WILLARD
FACSIMILE NO. 504-241-6725
10555 LAKE FOREST BLVD., STE. 3E
NEW ORLEANS, LA 70127

DATE OF ENTRY
MAY 24 2001

