UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

**MOTION FOR LEAVE TO SUPPLEMENT**
**MEMORANDUM IN SUPPORT**
**OF MOTION TO ENFORCE JUDGMENT**

Plaintiffs, Patrena Ester and Clara Lewis, through undersigned counsel move this court for leave to supplement their motion to enforce judgment in this matter with the attached material for the following reasons to wit.

1.

Certain attorney time tickets and paralegal time tickets were inadvertently excluded from the initial motion to enforce filed in this matter. The attached time sheets accurately reflects all time incurred by attorneys and paralegals on the currently pending motion to enforce. Plaintiffs' counsel have been unable to obtain a response from opposing counsel on their position as to this motion.



Respectfully submitted,

_____
Edward K. Newman (Bar No. 22128)
ROBEIN, URANN & LURYE, P.L.C.
P. O. Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

Walter I. Willard
The Willard Firm
Attorneys & Counselors At Law
Deer Park
10555 Lake Forest Blvd., Suite 3E
New Orleans, Louisiana 70127

by depositing same in the United States mail, postage prepaid, this 4th day of June, 2001.

_____
Edward K. Newman

F\APPS\WP51\SHERON\Ester-Lewis\P-2001\mot-leave-enforce.judg

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION NO. 00-362 |
| | ) | |
| VERSUS | ) | SECTION "K" |
| | ) | |
| ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY, SHEILA MORRIS, PEDRO FRANCISCO, EULA YOUNG, STELLA BORNE AND ALEXANDER WHITE | ) ) ) ) ) | MAGISTRATE "2" |

## **ORDER**

Plaintiffs foregoing motion for leave to supplement their motion to enforce judgment considered,  IT IS HEREBY ORDERED that said motion is granted.

New Orleans, Louisiana this ____ day of June, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

F:\APPS\WP51\SHERON\Ester-Lewis\P-2001\mot-leave-enforce judg

ROBEIN, URANN & LURYE
(A PROFESSIONAL LAW CORPORATION)
P. O. BOX 6768
2540 SEVERN AVE., SUITE 400
METAIRIE, LA. 70009-6768
(504) 885-9994

Ester and Lewis

Page: 1
05/25/01
ACCOUNT NO: 70169-0002H
STATEMENT NO:           1

Post Settlement Issues

INTERIM STATEMENT

| Date | | Description | Amount | |
|---|---|---|---:|---:|
| 05/01/01 | | | | |
| | PCP | Conference with J. Richard-Spencer re: insurance quotes, payment of consultants fees and signatures of consultants agreement. | 15.00 | 21 |
| | PCP | Telephone conference with P. Ester re: request for clarification on insurance policy and her request for payment under consulting contract for 4/01 and 5/01; prepare e-mail for J. Richard-Spencer; transmitting same. | 20.00 | 22 |
| 05/02/01 | | | | |
| | PCP | Telephone conference with P. Ester re: no word on signing contract; time line for consulting activities; conference with J. Richard-Spencer re: same. | 15.00 | 20 |
| 05/03/01 | | | | |
| | JRS | Telephone conference with P. Ester re: status; issues in case; conference with P. Prat re: same. | 150.00 | 23 |
| 05/11/01 | | | | |
| | JRS | Telephone conference with P. Ester re: status; monthly payment; telephone conference with R. Ehret re: same; draft and revise letter to W. Willard and R. Ehert re: breach of contract (failure to pay). | 165.00 | 2 |
| 05/14/01 | | | | |
| | JRS | Telephone conference with P. Ester re: meeting with E. White; draft and revise letter to E. Willard re: same. | 75.00 | 1 |
| 05/15/01 | | | | |
| | JRS | Review letter from Willard; conference with E. Newman re: issues. | 105.00 | 3 |
| | EKN | Conference with J. Richard-Spencer re: letters of 5/14/01; motion re: default and telephone conference with Magistrate Chasez. | 120.00 | 10 |
| | PCP | Search for motion to dismiss - order. | 45.00 | 19 |
| 05/16/01 | | | | |
| | EKN | Review letters; telephone conference with Magistrate Chasez. | 30.00 | 11 |

Ester and Lewis                                                      05/25/01
                                                       ACCOUNT NO: 70169-0002H
                                                       STATEMENT NO:         1
Post Settlement Issues

| Date | | Description | Amount | Ref |
|---|---|---|---:|---:|
| 05/17/01 | | | | |
| | JRS | Conference with E. Newman re: status; review documents of Ester/Lewis (hours); conference with P. Prat re: same; re: contact with Ester/Lewis. | 135.00 | 4 |
| | EKN | Telephone conferences with J. Richard-Spencer/clients re: time reports and next steps. | 90.00 | 5 |
| | PCP | Review fax from P. Ester re: documentation of hours; conference with J. Richard-Spencer re: status of meeting with E. White; redraft documentation of hours worked, separating C. Lewis and P. Ester's time; telephone conference with P. Ester re: same; conference with J. Richard-Spencer re: results. | 80.00 | 17 |
| | PCP | Update pleadings index and file; update orders and correspondence files; create correspondence file Volume 3. | 25.00 | 18 |
| 05/18/01 | | | | |
| | EKN | Conference with J. Richard-Spencer re: time sheets from clients. | 60.00 | 6 |
| | EKN | Telephone conference with client re: time sheets, planned conference with E. White; conference with J. Richard-Spencer re: Motion to Enforce. | 60.00 | 7 |
| | JRS | Telephone conference with P. Ester and C. Lewis re: time sheets; review same; draft and revise letter to W. Willard re: same; review documents. | 135.00 | 24 |
| 05/21/01 | | | | |
| | EKN | Prepare Motion to Enforce Judgment. | 600.00 | 8 |
| 05/22/01 | | | | |
| | PCP | Obtain motion to enforce settlement agreement; review same; create pleadings and correspondence/document index for new file; file same. | 95.00 | 15 |
| | PCP | Conference with J. Richard-Spencer re: status; prepare files for correspondence documents and pleadings; telephone conference with Ester and Lewis re: motion to enforce, hearing date. | 55.00 | 16 |
| 05/23/01 | | | | |
| | JRS | Conference with E. Newman re: status; re: expedited motion issues; telephone conference with P. Ester re: conference with E. White; re: status of contract, seminars. | 75.00 | 12 |
| | JRS | Conference with E. Newman re: expedited hearing in case. | 30.00 | 13 |
| | EKN | Conference with W. Willard; conference with J. Richard-Spencer and telephone conference with clients. | 90.00 | 14 |

```
Ester and Lewis                                              Page:      3
                                                              05/25/01
                                   ACCOUNT NO:       70169-0002H
                                   STATEMENT NO:              1
Post Settlement Issues
```

```
05/24/01
    JRS  Review attorney and paralegal time records
         for revisions to motion to enforce on issue
         of attorneys fees.                                    90.00   25
    EKN  Draft and revise pleadings to file amendments
         to motion to enforce re: attorneys fees.             150.00   26
    PCP  Review correspondence; index and file same.           15.00   27

05/25/01
    EKN  Telephone conference with J.
         Richard-Spencer/prepare motion to supplement.         90.00   28
    EKN  Telephone conference with clients re: 5/24
         meeting.                                              45.00   29

         FOR CURRENT SERVICES RENDERED                      2,660.00

         TOTAL CURRENT WORK                                 2,660.00


         BALANCE DUE                                       $2,660.00
```

ROBEIN, URANN & LURYE
(A PROFESSIONAL LAW CORPORATION)
P. O. BOX 6768
2540 SEVERN AVE., SUITE 400
METAIRIE, LA. 70009-6768
(504) 885-9994


Ester and Lewis

ACCOUNT NO:

Page: 1
05/25/01
70169H

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 70169-0002 Post Settlement Issues | | | | | |
| 0.00 | 2,660.00 | 0.00 | 0.00 | 0.00 | $2,660.00 |
| 0.00 | 2,660.00 | 0.00 | 0.00 | 0.00 | $2,660.00 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0362 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | SECTION: K |
| HOUSING AUTHORITY, SHEILA MORRIS, | * | |
| PEDRO FRANCISCO, EULA YOUNG, | * | MAG. 2 |
| STELLA BORNE, and ALEXANDER WHITE | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## NOTICE OF HEARING

To: Richard Ehret, Esq.
    400 Poydras Street, Suite 2450
    New Orleans, La. 70130

   Walter Willard, Esq.
    Deer Park, Suite 3E
    New Orleans, La. 70127

Please take note that on the 20th day of June, 2001, at 11.00a.m. undersigned counsel will bring the attached Motion For Leave To Supplement Motion to Enforce Settlement for hearing before the Honorable Alma Chasez, United States Magistrate at 501 Magazine Street, New Orleans, Louisiana.

F:\APPS\WP51\ED\Ester\enforce.notice.supplement.wpd         - 1 -

Respectfully submitted,

ROBEIN, URANN & LURYE, P.L.C.

_____
EDWARD K. NEWMAN (LA Bar No. 22128)
Post Office Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994

**COUNSEL FOR PLAINTIFFS,
PATRENA ESTER and CLARA LEWIS**

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

Walter Willard, Esq.
Deer Park, Suite 3E
New Orleans, La. 70127

by depositing same in the United States Mail, postage prepaid, this 4th day of June, 2001.

_____
EDWARD K. NEWMAN