

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

### MOTION FOR EXPEDITED HEARING
### AND INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel come Patrena Ester and Clara Lewis who move this Honorable Court for an expedited hearing on their second motion to enforce settlement. An expedited hearing is requested for the following reasons to wit:

1.

The basis for this motion is the same as the previous motion to enforce filed in this matter. The initial motion to enforce is scheduled for hearing on June 13, 2001 at 11:00 a.m. before this court. Judicial efficiency and a preservation of judicial resources militate in favor of hearing this matter the same time as the initial motion to enforce judgment.



II.

Undersigned counsel has attempted to contact opposing counsel without success.

WHEREFORE, counsel for plaintiffs pray that their motion for expedited hearing be granted and that the attached motion be heard on June 13, 2001 at 11:00 a.m.

                                          Respectfully submitted,

                                          Edward K. Newman (Bar No. 22128)
                                          ROBEIN, URANN & LURYE, P.L.C.
                                          P. O. Box 6768
                                          2540 Severn Avenue, Suite 400 (70002)
                                          Metairie, Louisiana 70009-6768
                                          Telephone: (504) 885-9994
                                          Facsimile: (504) 885-9969

## CERTIFICATE OF SERVICE

I certify that the above and foregoing has been served on:

Richard B. Ehret
Rodney, Bordenave, Boykin, Bennette & Boyle
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130

Walter I. Willard
The Willard Firm
Attorneys & Counselors At Law
Deer Park
10555 Lake Forest Blvd., Suite 3E
New Orleans, Louisiana 70127

by depositing same in the United States mail, postage prepaid, this 5th day of June, 2001.

_____
Edward K. Newman

F \APPS\WP51\SHERON\Ester-Lewis\P-2001\mot-expedited hearing wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | ) | CIVIL ACTION NO. 00-362 |
| | ) | |
| VERSUS | ) | SECTION "K" |
| | ) | |
| ST. JOHN THE BAPTIST PARISH HOUSING AUTHORITY, SHEILA MORRIS, PEDRO FRANCISCO, EULA YOUNG, STELLA BORNE AND ALEXANDER WHITE | ) ) ) ) ) | MAGISTRATE "2" |

## ORDER

The foregoing motion for expedited hearing considered,

**IT IS HEREBY ORDERED** that plaintiffs' second motion to enforce settlement be heard on June 13, 2001 at 11:00 a.m. with oral argument.

New Orleans, Louisiana this _____ day of June, 2001.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

F:\APPS\WP51\SHERON\Ester-Lewis\P-2001\mot-expedited hearing.wpd