

```
MINUTE ENTRY
CHASEZ, M.J.
JUNE 13, 2001
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-362 |
| ST. JOHN THE BAPTIST HOUSING AUTHORITY, ET AL. | SECTION: "K"(2) |

### HEARING ON MOTION

**APPEARANCES:** Julie Richard-Spencer, Ed Newman, Walter Willard, Richard Ehret, Chet Drozdowski, Curt Davis

**MOTION:**

(1) Plaintiffs' Motion to Enforce Settlement Agreement;
(2) Plaintiffs' Second Motion to Enforce Settlement Agreement (expedited);
(3) Plaintiffs' Motion for Leave to Supplement Memorandum in Support of Motion to Enforce Judgment (Rec. doc. 79).

_____ : Continued to

_____ : No Opposition

\_\_\_1\_\_ : Opposition

DATE OF ENTRY
JUN 1 9 2001

\_\_\_ree_____
\_\_\_Process\_\_\_
X  Dktd
\_\_\_CtRmDep
\_\_\_Doc.No. 83

\_\_\_·\_\_\_ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

## ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_\_3\_\_ :   Granted.

_____ :   Denied.

\_1,2\_ :   Other.

On or before June 18, 2001, plaintiffs are to be paid for the invoices that they submitted for April, May, and June of this year. Plaintiffs are to meet with Earl White on June 15, 2001 at 5:30 p.m. for the purpose of discussing the progress of their work. Thereafter, monthly meetings between plaintiffs and Mr. White shall be held on the first day of each month (or the first business day following the first of the month if it falls on a weekend or legal holiday), at which invoices and time sheets are to be presented. Within five days following any such meetings, plaintiffs are to be paid pursuant to the terms of the contract. To the extent that the contract between plaintiffs and the Housing Authority provided for dealings between plaintiffs and the Executive Director only, the contract is hereby reformed to allow plaintiffs to deal with Mr. White. Insurance for plaintiffs is to be in place on or before June 18, 2001. Given the time and efforts expended by plaintiffs in obtaining and enforcing the settlement agreement reached herein, the Court hereby awards them $2,660.00, the full amount of their costs and attorneys' fees incurred prior to the motion hearing. This amount is to be paid within thirty days.

Counsel for plaintiffs is now seeking additional amounts in connection with the hearing. Plaintiffs' counsel shall furnish an itemized statement of charges to counsel

for defendant on or before June 21st. Defense counsel may file an opposition to the request for further fees on or before June 28th. The Court will rule on the matter thereafter.

*ALC*

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

CLERK, PLEASE SERVE

Curtis L. Davis
Chief Counsel
U.S. Dept. of Housing and
Urban Development
*Via Facsimile* 589-7207