



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 22 PM 2:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, come Richard B. Ehret and the firm of Rodney Bordenave Boykin & Ehret, and upon suggesting to the court that they desire to withdraw as counsel of record for defendants, St. John the Baptist Parish Housing Authority, Sheila Morris, Pedro Francisco, Eula Young, Stella Borne and Alexander White ("Board") in this matter since there are no issues pending that involve his representation of the Board and that the Board has other counsel, Walter Willard.

DATE OF ENTRY
JUN 2 6 2001

___Fee_____
___Process__
_X_ Dktd____
___CtRmDep__
    Doc.No._____

Therefore, Richard B. Ehret and the firm of Rodney Bordenave Boykin & Ehret move that the court issue such an order dismissing them as counsel for the Board.

Respectfully submitted this 20 day of June, 2001.

RICHARD B. EHRET (16901)
RODNEY BORDENAVE BOYKIN & EHRET
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 527-5450

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by mailing the same to each party, properly addressed and postage prepaid this 20 day of June, 2001.

RICHARD B. EHRET

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER AND CLARA LEWIS ) | CIVIL ACTION NO. 00-362 |
| ) | |
| VERSUS ) | SECTION "K" |
| ) | |
| ST. JOHN THE BAPTIST PARISH ) | MAGISTRATE "2" |
| HOUSING AUTHORITY, SHEILA ) | |
| MORRIS, PEDRO FRANCISCO, EULA ) | |
| YOUNG, STELLA BORNE AND ) | |
| ALEXANDER WHITE ) | |

**ORDER**

Considering the foregoing motion;

**IT IS ORDERED** that Richard B. Ehret and the firm of Rodney Bordenave Boykin & Ehret be and are hereby permitted to withdraw as counsel of record for defendants, St. John the Baptist Parish Housing Authority, Sheila Morris, Pedro Francisco, Eula Young, Stella Borne and Alexander White.

New Orleans, Louisiana this 22 day of June, 2001.

_____
JUDGE, UNITED STATES ~~DISTRICT~~ COURT
Magistrate