UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 28 PM 4: 59
JUN 2 8 2001
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | * | CIVIL ACTION NO. 00-362 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | SECTION " K " |
| HOUSING AUTHORITY, SHEILA | * | |
| MORRIS, PEDRO FRANCISCO, EULA | * | MAGISTRATE " 2 " |
| YOUNG, STELLA BORNE AND | * | |
| ALEXANDER WHITE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO RECONSIDER JUDGMENT
### IN MOTION TO ENFORCE SETTLEMENT
### AND MEMORANDUM IN OPPOSITION TO MOTION TO ENFORCE

NOW INTO COURT, through the undersigned counsel, come defendants requesting this Honorable Court to reconsider the Judgment rendered on June 19, 2001 as to the assessment of the full amount of their costs and attorney's fees incurred prior to the motion hearing of June 13, 2001 and for the reasons more fully articulated in the supporting memorandum, attached hereto.

WHEREFORE, movers pray that this Honorable Court reconsider its Judgment and that the court deny the Motion for Attorney's Fees.

Respectfully submitted:
THE WILLARD FIRM

WALTER I. WILLARD (LSBA No. 2185)
10555 Lake Forest Boulevard, Suite 3F
New Orleans, Louisiana 70127
Telephone: (504) 244-9474

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by U.S. Mail, postage prepaid or by facsimile this 28th day of June, 2001.

_____
WALTER I. WILLARD (LSBA No. 2185)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRENA ESTER AND CLARA LEWIS | * | CIVIL ACTION NO. 00-36 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | SECTION " K " |
| HOUSING AUTHORITY, SHEILA | * | |
| MORRIS, PEDRO FRANCISCO, EULA | * | MAGISTRATE " 2 " |
| YOUNG, STELLA BORNE AND | * | |
| ALEXANDER WHITE | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF RECONSIDERATION OF JUDGMENT AND OPPOSITION TO MOTION TO ENFORCE

MAY IT PLEASE THE COURT:

This matter is before the court on Motion by the St. John the Baptist Parish Housing Authority (hereinafter referred to as "Housing Authority") to reconsider this Honorable Court's ruing of June 19, 2001 as to the assessment of the full amount of their costs and attorneys' fees incurred prior to the motion hearing of June 13, 2001.

Counsel for the Housing Authority urges respectfully that good cause is shown for warrant reconsideration for the following reasons.

The Housing Authority respectfully urges that in the initial communication between the consultants and the client/Housing Authority consisted solely of a request for payment. No explanation of when work had commenced or the nature of same, or discussion was attempted on part of the consultants. Further, no work product or evidence of fees earned

was presented until the Housing Authority demanded compliance - - to any measure, within the spirit of the Consulting Agreement between the parties.

For this reasons, the Housing Authority urges the Court to reconsider the $2,660.00 fee awarded.

The Housing Authority urges secondarily, and in direct response to the Motion seeking fees for a second and duplicative motion, the court should note that the consultants made notable effort to resolve the matter prior to seeking counsel's intervention. Indeed, an initial conference between the parties was canceled unilaterally by the consultant upon advise of counsel. [Please see PHA Exhibit 1]. Counsel for the consultants, for their part, thereafter advised the Housing Authority only of the timetable prescribed by the Consultant Agreement; and no good faith offer of resolving the dispute has been tendered to the this very date. Accordingly, the claim for attorney's fees should be considered premature if not unfounded.

The Housing Authority would urge as an alternative ground to dismiss the Motion that the Judgment in the initial Motion compensates movers' counsel most sufficiently. Clerical and administrative tasks and multiple attorney/staff and attorney/attorney conferences have received full fee recognition. By any further award, counsel for movers would be paid twice for essentially the same tasks.

Many such items for which counsel have been handsomely rewarded, the Housing Authority urges, would not be acceptable billable items if payable directly by the client.

The Housing Authority urges this Honorable Court, and respectfully so, that the consultants may be expected to place before the Court future complaints, offered as claims of breach of the Consulting Agreement, prematurely and/or without cause. Any further award of attorneys' fees would encourage this abuse of terms of the three-year Consulting Agreement between the parties, rather than promote comity among them.

This the parties, nor the court, intended, and the court cannot countenance.

Respectfully submitted:

THE WILLARD FIRM

WALTER I. WILLARD (LSBA No. 2185)
10555 Lake Forest Boulevard, Suite 3F
New Orleans, Louisiana 70127
Telephone: (504) 244-9474
Telefax: (504) 241-6725

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by U.S. Mail, postage prepaid or by facsimile this 28th day of June, 2001.

WALTER I. WILLARD (LSBA No. 2185)

It is hereby noticed that the attached Motion will be heard on July 18, 2001 at 11:00 a.m., before Majistrate Alma Chasez

*Waltz Villard*

# The Housing Authority Of St. John The Baptist Parish

Walter I. Willard
The Willard Firm
Attorneys & Counselors At Law
Deer Park, Suite 3E
New Orleans, Louisiana 70127

Dear Mr. Willard:

As you are aware, Mr. White had communicated with Ms. Ester, and that they had decided to meet on Thursday May 17, 2001. The meeting, however, was cancelled. Mr. White informed me, on Thursday, that Ms. Ester had called him and cancelled the meeting stating that she was canceling the meeting at the request of her attorney.

The cancellation of this meeting has delayed our being able to reach some agreement about reporting time periods and methodology. Currently, there is no date set for another meeting. We are waiting to hear from Ms. Ester since at the time of cancellation she said that she would call.

We do hope that we hear from her soon as we would like to get this project started and honor the contract.

Sincerely,

*Claudette S. Raphael*
Claudette S. Raphael
Assistant Director


DEFENDANT'S EXHIBIT
PHA - 1

Post Office Box 1599 ~~ Laplace, Louisiana 70069 ~ Telephone: 504-652-9036 ~~ Fax: 504-651-0738