

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JUL -2 AM 11:19
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
JUNE 29, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRENA ESTER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 00-362 |
| ST. JOHN THE BAPTIST HOUSING AUTHORITY, ET AL. | SECTION: "K"(2) |

HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Defendants' Motion to Reconsider Judgment (scheduled for hearing on July 18, 2001).

_______: Continued to

_______: No Opposition

_______: Opposition

_______: Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
JUL 0 2 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 86

ORDERED

_______: Dismissed as moot.

_______: Dismissed for failure of counsel to appear.

_______: Granted.

___1___: Denied. However, the Court awards plaintiffs an additional $450.00 in attorneys' fees and costs incurred in connection with the preparation and attendance at the hearing held on June 13, 2001. This additional sum is to be paid within thirty (30) days.

_______: Other.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE